IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC., CBRL GROUP, INC. and CBOCS WEST, INC.<br><br>Defendants. | CIVIL ACTION NO.<br><br>Jury Trial Demanded<br><br>JUDGE NORGLE<br><br>MAGISTRATE JUDGE DENLOW |

04C 5273

AUG 1 2 2004

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, race and retaliation and to provide appropriate relief to classes of employees who were adversely affected by such practices. Plaintiff Equal Employment Opportunity Commission ("EEOC") alleges that Cracker Barrel Old Country Store, Inc., CBRL GROUP, INC. and CBOCS West, Inc. (collectively "Cracker Barrel") subjected Hailey O'Connor, Leslie Lerche, Kris Mandeville, Valerie Sucich, Jeanne Burris, Kimberly Waterstraat, Tiffany Bernhard-Engstrom, Joanne Hubbard, Kerri McReynolds (collectively referred to hereafter as "Charging Parties"), and a class of female employees to harassment on the basis of sex. EEOC also alleges that Cracker Barrel subjected Charging Party Keyandez Hughes-Brooks and a class of African-American employees to harassment and different terms and conditions of employment on the basis of race, Black.

EEOC also alleges that Cracker Barrel subjected Charging Party Kimberly Waterstraat to harassment and different terms and conditions on the basis of race because of her association with an African-American employee. EEOC further alleges that Cracker Barrel retaliated against Charging Parties Jean Burris and a class of employees by subjecting them to different terms and conditions of employment. EEOC further alleges that Cracker Barrel constructively discharged Charging Parties Leslie Lerche, Jean Burris, Valerie Sucich, and a class of employees, in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices hereafter alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4.     At all times relevant, Defendants Cracker Barrel Old Country Store, Inc., CBRL GROUP, INC. and CBOCS West, Inc. (collectively "Cracker Barrel"), have continuously been doing business in the Northern District of Illinois and have continuously had at least fifteen employees.

5.     At all times relevant, Cracker Barrel has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Charging Parties filed charges with the Commission alleging violations of Title VII by Cracker Barrel. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least January 1998, Cracker Barrel has engaged in unlawful employment practices at its Bloomington, Mattoon and Matteson, Illinois restaurants, in violation of Sections 701(k) and 703(a) of Title VII, 42 U.S.C. Sections 2000e(k) and 2(a). Such unlawful employment practices have included: 1) subjecting some Charging Parties and a class of female employees to harassment and a hostile work environment because of their sex, 2) subjecting some Charging Parties and a class of employees to different terms and conditions of employment and harassment based on race, Black, 3) retaliating against some Charging Parties and a class of employees by subjecting them to different terms and conditions of

employment, and, 4) constructively discharging some Charging Parties and a class of employees.

8. The effect of the practices complained of above has been to deprive Charging Parties, and a class of employees adversely affected by the discriminatory actions, of equal employment opportunities and otherwise adversely affect their status as employees because of their sex and/or race.

9. The unlawful employment practices complained of in paragraphs 7 and 8 above were intentional.

10. The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of Charging Parties and a class of employees because of their sex (female) and race (Black).

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Cracker Barrel, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates because of sex and/or race.

B. Order Cracker Barrel to institute and carry out policies, practices and programs which eradicate the effects of its past and present unlawful practices.

C. Order Cracker Barrel to make whole Charging Parties and the affected classes by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment

practices, including reinstatement where appropriate.

D. Order Cracker Barrel to make whole Charging Parties and the affected classes by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, including medical expenses, in amounts to be determined at trial.

E. Order Cracker Barrel to make whole Charging Parties and the affected classes by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 8 above, including emotional pain, inconvenience, and humiliation, in amounts to be determined at trial.

F. Order Cracker Barrel to pay Charging Parties and the affected classes punitive damages for their malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest; and

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Diane I. Smason
Supervisory Trial Attorney

Pamela S. Moore-Gibbs
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 886-9120

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

DOCKETED
AUG 12 2004

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **Defendant(s):** CRACKER BARREL OLD COUNTRY STORE, INC., CBRL GROUP, INC AND CBOCS WEST, INC. |
| County of Residence: | County of Residence: |
| Plaintiff's Atty: Pamela S. Moore-Gibbs<br>Equal Employment Opportunity Commission<br>500 W. Madison, Suite 2800<br>Chicago, IL 60661<br>312-886-9120 | Defendant's Atty:<br>**04C 5273** |

II. Basis of Jurisdiction:   1. U.S. Gov't Plaintiff

JUDGE NORGLE

III. Citizenship of Principal
Parties (Diversity Cases Only)
       Plaintiff:- N/A
       Defendant:- N/A

MAGISTRATE JUDGE DENLOW

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   442 Employment

VI. Cause of Action:   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, race and retaliation.

VII. Requested in Complaint
       Class Action:
       Dollar Demand:
       Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Pamela S. Moore-Gibbs* 8/11/04

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

U.S. Equal Employment Opportunity Commission
v.
Cracker Barrel Old Country Store, Inc., CBRL Group, Inc. and CBOCS West, Inc.

Case Number: 04C 5273

AUG 1 2 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

JUDGE NORGLE
MAGISTRATE JUDGE DENLOW

| (A) | (B) |
|---|---|
| SIGNATURE: *Pamela S. Moore-Gibbs* | SIGNATURE: *Diane I. Smason* |
| NAME: Pamela S. Moore-Gibbs | NAME: Diane I. Smason |
| FIRM: Equal Employment Opportunity Commission | FIRM: Equal Employment Opportunity Commission |
| STREET ADDRESS: 500 W. Madison, Suite 2800 | STREET ADDRESS: 500 W. Madison, Suite 2800 |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: Chicago, IL 60661 |
| TELEPHONE NUMBER: 312-886-9120 — FAX NUMBER: 312-353-8555 | TELEPHONE NUMBER: 312-353-7526 — FAX NUMBER: 312-353-8555 |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 06197710 | IDENTIFICATION NUMBER: ARDC No. 06226130 |
| MEMBER OF TRIAL BAR? NO ☒ | MEMBER OF TRIAL BAR? NO ☒ |
| TRIAL ATTORNEY? YES ☒ | TRIAL ATTORNEY? YES ☒ |
|  | DESIGNATED AS LOCAL COUNSEL? |

| (C) | (D) |
|---|---|
| SIGNATURE: *(signed)* | SIGNATURE: |
| NAME: John C. Hendrickson | NAME: |
| FIRM: Equal Employment Opportunity Commission | FIRM: |
| STREET ADDRESS: 500 W. Madison, Suite 2800 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-353-8551 — FAX NUMBER: 312-353-8555 | TELEPHONE NUMBER: — FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 01187589 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? YES ☒ | TRIAL ATTORNEY? |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL? |